# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  December 26, 2024

Ms. Sarah Buntura
4390 Southwick Boulevard
Brunswick, OH 44212

Re:  Case No. 24-4099, *Sarah Buntura v. Ford Motor Company, et al*
Originating Case No. : 1:24-cv-01811

Dear Madam,

This appeal has been docketed as case number **24-4099** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following case opening items are due by **January 27, 2025**.  The Disclosure of Corporate Affiliations is now an automated entry.  Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

Appellee:   Appearance of Counsel
Disclosure of Corporate Affiliation
Application for Admission to 6th Circuit Bar (if applicable)

The district court has denied or revoked your pauper status.  You have until **January 27, 2025** to either pay the full $605.00 appeal filing fee to the U.S. District Court, or to file a motion in the Sixth Circuit Court of Appeals to waive the filing fee, with a financial affidavit and a copy of your prison trust account statement for the last six months (if applicable).  **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

    The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-4099**

SARAH BUNTURA

      Plaintiff - Appellant

v.

FORD MOTOR COMPANY; S2 VERIFY, LLC

      Defendants - Appellees