## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 02, 2025

Ms. Sarah Buntura
4390 Southwick Boulevard
Brunswick, OH 44212

Re:  Case No. 24-4099, *Sarah Buntura v. Ford Motor Company, et al*
Originating Case No. : 1:24-cv-01811

Dear Madam,

  The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If your brief is filed late, the case is at risk of being dismissed for want of prosecution.

  If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(A)iii. If you are *not* an inmate, your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below. *See* Fed. R. App. P. 25(a)(2)(A)ii.

  Appellant's Brief    1 signed original due by **February 14, 2025**
                       Limit of 30 pages or 13,000 words

  The Clerk's office cannot give pro se litigants legal advice but questions about procedures or electronic case filing may be directed to the case manager.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure