**United States Court of Appeals for the Sixth Circuit**
**Case No. 24-4099**

**Sarah Buntura,**

Plaintiff-Appellant,

v.

**Ford Motor Company and S2Verify, LLC,**

**Request for Oral Argument**

To the Honorable Court:

The issues in this case are explained in the briefs and record. If the Court decides not to remand the case to the district court and feels oral argument would help address any questions, I respectfully request the opportunity to provide one.

Thank you for your consideration.

Sincerely,

*[signature]*

**Sarah Buntura**
4390 Southwick Blvd
Brunswick, Ohio 44212
sarahbuntura@gmail.com
216-352-8569

**Date:** January 16, 2025