**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, I served copies of the following documents:

1. Request for Oral Argument
2. Appellant Brief

On the following parties:

1. **Ford Motor Company**
   c/o CT Corporation System (Registered Agent)
   4400 Easton Commons Way, Suite 125
   Columbus, Ohio 43219
   Method of Service: Certified Mail
2. **S2Verify, LLC**
   3600 Mansell Rd, Suite 300
   Alpharetta, Georgia 30022
   Method of Service: Certified Mail (after unsuccessful attempts to serve registered agent Bill Whitford at 8680 Merion Drive, Duluth, Georgia 30097)

Respectfully submitted,

/s/ Sarah Buntura
Sarah Buntura
4390 Southwick Blvd
Brunswick, Ohio 44212
sarahbuntura@gmail.com
216-352-8569