UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-4099**

Case Title: **Sarah Buntura** vs. **Ford Motor Company, et al.**

List all clients you represent in this appeal:

**Ford Motor Company**

| | | | |
|---|---|---|---|
| ☐ Appellant | ☐ Petitioner | ☐ Amicus Curiae | ☐ Criminal Justice Act |
| ☑ Appellee | ☐ Respondent | ☐ Intervenor | (Appointed) |

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

---

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Thomas J. Davis**     Signature: s/ **Thomas J. Davis**

Firm Name: **Kienbaum Hardy Viviano Pelton & Forrest, PLC**

Business Address: **280 N. Old Woodward Ave, Suite 400**

City/State/Zip: **Birmingham, MI 48009**

Telephone Number (Area Code): **248-645-0000**

Email Address: **tdavis@khvpf.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---