RECEIVED
04/07/2025
KELLY L. STEPHENS, Clerk

# MOTION FOR LEAVE TO FILE CORRECTED REPLY BRIEF OR SUPPLEMENTAL CLARIFICATION

**(With Explanation of Service Misunderstanding)**

Plaintiff–Appellant Sarah Buntura respectfully requests leave of Court to file a corrected or supplemental reply brief to address an unintentional citation error and to clarify arguments raised in response to Ford Motor Company's appellate brief.

## 1. Reason for the Motion

After reviewing Defendant-Appellee's Motion to Strike, Plaintiff acknowledges that the case citation to *Taylor v. General Motors Corp., 943 F.2d 52* may have been inaccurate due to reliance on AI-based research tools. The citation was not included with any intent to mislead the Court, but to support a good-faith legal argument distinguishing sua sponte dismissals before service from final judgments for res judicata purposes.

Plaintiff also understands that Defendant-Appellee objects to the inclusion of arguments concerning lack of service and sua sponte dismissal, on grounds that these points were not raised in the district court or opening brief.

However, Plaintiff had a good-faith reason for this. Ford Motor Company was **never served** in the first federal case. Plaintiff confirmed this directly with the Clerk of Court prior to filing the appeal. At that time, Plaintiff reasonably believed Ford would have **no knowledge or participation** in the appeal due to lack of prior service. It was only when Ford unexpectedly filed a response—raising res judicata as a key defense—that Plaintiff submitted a reply brief addressing the issue of non-service.

Plaintiff respectfully submits that the argument was not intended as a "new theory" raised late, but rather a **direct and necessary response** to Ford's newly presented position. There was **no intent to surprise or sandbag** Ford—only to explain why res judicata does not apply under these unique facts.

## 2. Request for Relief

Plaintiff respectfully asks this Court to:

1. Grant leave to file a corrected or clarified reply brief that:

- Removes or amends the inaccurate citation;
- Clarifies the basis of the service-related argument as responsive to Ford's brief.

**OR, in the alternative:**

2. Deny Defendant-Appellee's motion to strike the relevant portions of the reply brief, recognizing that the argument was made **in good faith**, and **directly in response** to Ford's new assertions.

## 3. Conclusion

Plaintiff–Appellant Sarah Buntura apologizes to the Court for any confusion caused by the citation and affirms that no bad faith occurred. Plaintiff simply acted in good faith in light of Ford's unexpected participation in the appeal and now respectfully seeks to correct the record or preserve her responsive arguments.

Respectfully submitted,
 /s/ Sarah Buntura
 4390 Southwick Blvd
 Brunswick, OH 44212
 sarahbuntura@gmail.com
 April 7, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 7, 2025**, I electronically filed the foregoing **Motion for Leave to File Corrected Reply Brief or Supplemental Clarification** with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system, which will notify all registered counsel of record.

Additionally, I served a copy of this document via electronic mail to:

**Counsel for Ford Motor Company**

**Thomas J. Davis (P78626)**
 Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
 280 N. Old Woodward Avenue, Suite 400
 Birmingham, Michigan 48009
 **Email:** tdavis@khvpf.com
 **Phone:** (248) 645-0000

**Representative for S2Verify, LLC**

S2Verify, LLC
 3600 Mansell Rd, Suite 300
 Alpharetta, Georgia 30022

**/s/ Sarah Buntura**
 Sarah Buntura
 4390 Southwick Blvd
 Brunswick, OH 44212
 sarahbuntura@gmail.com
 **Dated:** April 7, 2025