RECEIVED
04/08/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**SARAH BUNTURA,**
  Plaintiff–Appellant,

v.

**FORD MOTOR COMPANY, et al.,**
  Defendants–Appellees.

**Case No. 24-4099**

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STRIKE

Plaintiff–Appellant Sarah Buntura respectfully moves this Court for an extension of time to file her response to Ford Motor Company's Motion to Strike, which was filed on or around March 14, 2025.

Due to circumstances beyond her control—including the ongoing lockout of her PACER account and the absence of any formal notice of a response deadline—Appellant was unaware of the expected timeframe for responding to Ford's motion. Upon becoming aware of the motion, she acted promptly and in good faith by filing a Motion for Leave to File a Corrected Reply Brief on April 7, 2025.

Appellant now respectfully requests a **14-day extension**, through and including **April 22, 2025**, to file her full response to Ford's Motion to Strike. This request is made in good faith and not for purposes of delay. No prejudice will result, as the Court has not yet ruled on either motion, and Appellant's response will aid in resolving the issue fairly and fully.

Respectfully submitted,
/s/ Sarah Buntura
Sarah Buntura
4390 Southwick Blvd
Brunswick, OH 44212
sarahbuntura@gmail.com
Dated: April 8, 2025