# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 10, 2025

Ms. Sarah Buntura
4390 Southwick Boulevard
Brunswick, OH 44212

Re: Case No. 24-4099, *Sarah Buntura v. Ford Motor Company, et al*
Originating Case No. : 1:24-cv-01811

Dear Madam,

   The motions for leave to file a substitute reply brief and for an extension of time to file a response are granted. The deadline for filing a substitute reply brief is now **May 1, 2025**.

                         Sincerely yours,

                         s/Ryan E. Orme
                         Case Manager
                         Direct Dial No. 513-564-7079

cc: Mr. Thomas J. Davis